UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 13 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SELENE FINANCIAL SERVICES, | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:16-mc-00749 |
| | ) Assigned To : Unassigned |
| LORNA Y. KELLAM, *et al.*, | ) Assign. Date : 4/13/2016 |
| | ) Description: Miscellaneous |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

It appears that Lorna Y. Kellam and Troy O. Smith, who are or were parties to proceedings in the United States Bankruptcy Court for the District of Delaware, seek removal of the action to the United States District Court for the District of Columbia. Generally, a defendant in a civil action brought in a State court may remove the action to a federal district court if the action is one over which the federal district courts have original jurisdiction. 28 U.S.C. § 1441(a). The action may be removed only "to the district court of the United States for the district and division embracing the place where such action is pending." *Id.* Even if removal to a federal district court were proper, removal to the District of Columbia is not.

It is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED.

SO ORDERED.

DATE: 4/4/2016

_____
United States District Judge